UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTUMN N. YETTAW,

                Plaintiff,

v.                                          Case No. 13-15091

COMMISSIONER OF SOCIAL        HON. TERRENCE G. BERG
SECURITY,                                 HON. DAVID R. GRAND
                Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 16)**

This matter is before the Court on Magistrate Judge David R. Grand's December 31, 2014 Report and Recommendation (Dkt. 16), recommending that Plaintiff's motion for summary judgment (Dkt. 11) be DENIED, that Defendant's motion for summary judgment (Dkt. 15) be GRANTED, and that the Commissioner be AFFIRMED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court has reviewed and will accept the Magistrate's Report and Recommendation of December 31, 2014, as this Court's findings of fact and conlcusions of law.

Accordingly, **IT IS HEREBY ORDERED** that Magistrate Judge David R. Grand's Report and Recommendation of December 31, 2014 (Dkt. 12) is **ACCEPTED** and **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 11) is **DENIED**, Defendant's motion for summary judgment (Dkt. 15) is **GRANTED,** and the findings and conclusions of the Commissioner are **AFFIRMED**.

**SO ORDERED.**

s/Terrence G. Berg<br>
TERRENCE G. BERG<br>
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2015

## Certificate of Service

I hereby certify that this Order was electronically submitted on January 26, 2015, using the CM/ECF system, which will send notification to each party.

By: s/A. Chubb
    Case Manager